[No. 23643–1–I.   Division One.   August 20, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SCHLUETZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–04249–3, Robert E. Dixon, J., entered

February 1, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Winsor, JJ.